UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

U. S. A. vs. Leonardo Lopez-Romero          Docket Number: 02-cr-00341-REB-01

**Petition for Issuance of Arrest Warrant because of Violation of Supervised Release**

COMES NOW, Christine A. Zorn, probation officer of the court, presenting an official report upon the conduct and attitude of Leonardo Lopez-Romero who was placed on supervision by the Honorable Robert E. Blackburn sitting in the court in Denver, Colorado, on the 18rd day of April, 2003, who fixed the period of supervision at three (3) years, and imposed the general terms and conditions theretofore adopted by the court and also imposed the following special condition and term as follows:

1. If the defendant is deported, he shall not thereafter re-enter the United States illegally.  If the defendant re-enters the United States legally, he shall report to the nearest United States Probation Office within seventy-two hours of his return.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

See attachment hereto and herein incorporated by reference

PRAYING THAT THE COURT WILL ORDER the addition of violation Count No. 2 to the original petition signed by the Court on May 16, 2006, which requested the issuance of a warrant for violation of supervised release.

ORDER OF THE COURT

Considered and ordered this 22nd day of June, 2007, and ordered filed and made a part of the record in the above case.

s/ Robert E. Blackburn

Robert E. Blackburn
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/Christine A. Zorn

Christine A. Zorn
Probation Officer

Place: Denver, Colorado

Date: June 19, 2007

PROB 12
(11/01-D/CO)

# ATTACHMENT

Attached hereto as Exhibit A and incorporated by reference is a true copy of the Judgement and Commitment Order that was signed by the Court on April 23, 2003. This term of supervised release commenced on November 5, 2004.

The defendant has committed the following violation of supervised release:

## 2. VIOLATION OF THE LAW

On or about May 31, 2006, the defendant was arrested for Unlawful Re-Entry of a Deported Alien, Subsequent Felony Conviction, in violation of 8 U.S.C. §§ 1326(a) and (b)(2), which constitutes a Grade B violation of supervised release.

This charge is based on the following facts:

On or about November 5, 2004, following completion of his term of federal imprisonment, the defendant was deported from the United States. His three-year term of supervised release started as active on that date and was scheduled to expire on November 4, 2007.

On or about May 15, 2006, the defendant was arrested by Denver Police Department Police Officers for the offense of False Information, in violation of Denver Municipal Ordinance 38-40, Case No. 06GS941378. On May 19, 2006, the defendant pleaded guilty and was sentenced to ten (10) days jail with four (4) days credit time served.

On May 15, 2006, an Immigration Detainer was filed by the Department of Immigration and Customs Enforcement.

On May 31, 2006, the defendant appeared for an initial appearance in U.S. District Court, District of Colorado, Case No. 07-cr-00017-REB, which charged him in a one count Indictment filed on January 22, 2007, with an offense of Unlawful Re-Entry of a Deported Alien, Subsequent Felony Conviction, in violation of 8 U.S.C. §§ 1326(a) and (b)(2). The indictment charges that on or about May 17, 2006, the defendant was found within the State and District of Colorado without the express consent of the Attorney General or any other official designated by

PROB 12
(11/01-D/CO)

statute for re-application for admission to the United States.  The defendant is currently scheduled for a change of plea hearing before Your Honor on June 22, 2007, at 1:30 p.m.