# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

LEONARDO LOPEZ-ROMERO
a/k/a/ Chapo

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation for Supervised Release**)

Case Number:  02-cr-00341-REB-01

USM Number:  31215-013

Donald R. Knight, Appointed
(Defendant's Attorney)

**THE DEFENDANT:**  Admitted guilt to violations 1 and 2, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Unlawful Reentry After Deportation | 05/15/06 |
| 2 | Violations of the Law | 05/15/06 |

The defendant is sentenced as provided in page 2 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

October 5, 2007

Date of Imposition of Judgment

s/ Robert E. Blackburn

Signature of Judge

Robert E. Blackburn, U.S. District Judge

Name & Title of Judge

October 9, 2007

Date

DEFENDANT:  LEONARDO LOPEZ-ROMERO
CASE NUMBER:  02-cr-00341-REB-01                                    Judgment-Page 2 of 2

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of seven (7) months, to run consecutive with the sentence imposed in Docket No.  07-cr-00017-REB-01 and to any other sentences imposed.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
Deputy United States Marshal